UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS DUANE WEBB,

    Plaintiff,

vs.

A. SCHWARZENEGGER, Governor; MICHAEL GENEST, Director, Department of Finance; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation; PETER FARBER-SZEKRENYI, M.D., Director, Division of Correctional Health Care Services; ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison; KAREN SAYLOR, M.D., Chief Medical Officer, San Quentin State Prison; DR. WILSON, M.D.; JOEL LOPIN, M.D; C, DAVID, M.D., WILLIAM WILLIAMS, M.D., C.F. STONE, D.D.S.; AND DOES 1-18, medical assistants and correctional officers,

    Defendants.

                          /

No. C 07-2294 PJH

**JUDGMENT**

Pursuant to the order signed today, the above case is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 19, 2012

                                                      
PHYLLIS J. HAMILTON
United States District Judge